**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DENNIS A. GRANLUND,
Plaintiff,

v.

Civil No. 99-706 (DWF/AJB)

NORTHWEST AIRLINES, INC.,
Defendant.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

DENNIS A. GRANLUND,
Plaintiff,

v.

Civil No. 00-1372 (RHK/JMM)

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,
Defendant.

Case No. 99-706 having been assigned to Judge Donovan W. Frank and Case No. 00-1372 having later been assigned to Judge Richard H. Kyle, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-1372 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Civil Rights List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in ~~each of the above~~ respective files.

Dated: June 7, 2000

DONOVAN W. FRANK
Judge of United States District Court

Dated: June 8, 2000

RICHARD H. KYLE
Judge of United States District Court

Filed JUN 09 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

new case number

00-1372 DWF/AJB