UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

DENNIS GRANLUND,

Plaintiff,

v.

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,

Defendants.

Civil No. 00-1372 DWF/AJB

ORDER

---

Whereas, plaintiff, Dennis Granlund, has requested a 30 day extension to respond to Defendant's, Air Line Pilots Association, International, discovery requests, and,

Whereas, the Court having considered plaintiff's request and after review of the file herein,

It is hereby Ordered that plaintiff is **granted** a 30 day extension to respond to defendant's discovery requests.

Dated: 8/21/00

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed AUG 21 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______