**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DENNIS A. GRANLUND,

Plaintiff,

v.

AIR LINE PILOTS ASSOCIATION INTERNATIONAL,

Defendant.

Civil No. 00-1372 DWF/AJB

**ORDER**

This matter came before the undersigned Magistrate Judge of this Court on defendant's motion pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(1). Defendant is represented by Robert V. Atmore and the firm of Lindquist & Vennum P.L.L.P. Plaintiff appears pro se herein.

Based upon the submissions and arguments and the entire file in this matter,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to compel discovery in this matter shall be heard at 9:00 a.m. on September 11, 2000.

2. Plaintiff is directed to file a legible copy of his motion to compel discovery with supporting papers and deliver a legible copy thereof to defendant not later than September 28, 2000.

Dated: 8/21/00

By the Court:

By ______________________
Arthur J. Boylan
United States Magistrate Judge

Doc# 1257262\1

FILED AUG 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________