ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DENNIS A. GRANLUND, Civil No. 00-1372 DWF/AJB

Plaintiff,

v. **ORDER**

AIR LINE PILOTS ASSOCIATION INTERNATIONAL,

Defendant.

This matter came before the undersigned Magistrate Judge of this Court on defendant's motion pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(1). Defendant is represented by Robert V. Atmore and the firm of Lindquist & Vennum P.L.L.P. Plaintiff appears pro se herein.

Based upon the submissions and arguments and the entire file in this matter,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to compel discovery in this matter shall be heard at 10:00 a.m. on October 17, 2000.

By the Court:

Dated: 9/27/00

By [signature]
Arthur J. Boylan
United States Magistrate Judge

Doc# 1267621\1

FILED SEP 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____