UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Dennis A. Granlund,

Plaintiff,

v.

Air Line Pilots Association International,

Defendant.

Civil No. 00-1372 DWF/AJB

**ORDER ON MOTION TO COMPEL DOCUMENTS IN RESPONSE TO SUBPOENA DUCES TECUM**

This matter is before the Court, Magistrate Arthur J. Boylan, on plaintiff's motion to compel production of documents concerning a particular Northwest Airlines pilot, pursuant to subpoena duces tecum served on Northwest Airlines [Docket No. 64]. Hearing was held on October 17, 2000, at the U.S. Courthouse, 316 No. Robert Street., St. Paul, Minnesota. Plaintiff Dennis A. Granlund appeared pro se. Robert V. Atmore, Esq., appeared on behalf of the defendant. Erik T. Nelson, Esq., appeared by telephone on behalf of Northwest Airlines, Inc. Northwest Airlines, a non-party in this action, has served written objection to the discovery pursuant to Fed. Rule Civ. P. 45(c)(2)(B).

Based upon the file, memorandums, exhibits, affidavits, and arguments of plaintiff and counsel, **IT IS HEREBY ORDERED** that plaintiff's motion to compel production of documents pursuant to subpoena duces tecum is **denied** [Docket No. 64]. Northwest Airline's objections to the subpoena duces tecum are **sustained**.



FILED OCT 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 10/23/00

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

Plaintiff requests an order requiring Northwest Airlines to produce the personnel file and other records for Mark W. Innerbichler, a NWA pilot. In particular, plaintiff seeks production of Mr. Innerbichler's employment application, and a personal pilot base file, and NWA labor relations/legal department files relating to Mr. Innerbichler. Plaintiff insists that the materials are relevant to issues relating to the existence of verbal agreements between NWA and the defendant Air Line Pilots Association, International. Defendant ALPA contends that matters relating to Mr. Innerbichler are not relevant to this case and the discovery has already been denied. Northwest Airlines asserts that the materials are not relevant to this case and that the subpoena duces tecum, along with this motion, is merely an effort to circumvent an Order denying the same discovery in a separate lawsuit that plaintiff has pending against NWA. Northwest further alleges that the privacy interests of the employee outweigh any marginal need for disclosure and also object to the subpoena requests on privilege grounds.

The objections to the subpoena duces tecum by Northwest Airlines and opposition to the discovery by defendant ALPA are well founded. The Court finds that the requested materials relating to Mark W. Innerbichler are not relevant to claims in this action, and this

finding was directly and unequivocally stated in the Court's previous Order on discovery dated September 27, 2000. The Court further concludes that plaintiff has shown no need for the requested material that outweighs either the privacy interests of the employee whose records are at issue or the privilege and confidentiality rights of NWA. Finally, it is the Court's determination that the subpoena duces tecum and this motion to compel are an improper effort to obtain discovery which is otherwise unavailable in the action entitled Granlund v. Northwest Airlines, Inc., U.S. District Court, District of Minnesota Court Civil File No. 99-706. Plaintiff's motion to compel production of documents pursuant to subpoena duces tecum is therefore denied.