UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

DENNIS GRANLUND,

Plaintiff,

v.

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,

Defendants.

Civil No. 00-1372 DWF/AJB

ORDER

---

WHEREAS, the court has received Plaintiff's Motion to Postpone Hearing on Defendant's Motion to Compel Discovery, and

WHEREAS, the Court having considered Plaintiff's motion and Defendant's response, and

WHEREAS, the Court having heard argument on a portion of Defendant's Motion to Compel, specifically the request to extend the fact discovery and non-dispositive motion deadline in this case to January 2, 2001,

NOW THEREFORE, IT IS HEREBY ORDERED that the Plaintiff's Motion is **granted.** The hearing currently scheduled for November 20, 2000, has been moved to December 4, 2000, at 3:00 p.m.

IT IS FURTHER ORDERED that Defendant's motion to extend the fact discovery and non-dispositive motion deadline to January 2, 2001, is **granted in-part and denied in-part.** The non-dispositive motions and supporting documents, including those which

Filed NOV 17 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

relate to discovery, shall be served and filed by the discovery deadline date which shall now fall on January 15, 2001.

Dated: 11/17/00

ARTHUR J. BOYLAN
United States Magistrate Judge