**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

DENNIS A. GRANLUND,

Civil No. 00-1372 DWF/AJB

Plaintiff,

v.

**AMENDED PRETRIAL SCHEDULING ORDER**

AIR LINE PILOTS ASSOCIATION INTERNATIONAL,

Defendant.

---

The schedule governing these proceedings, with respect to discovery, dispositive motions, and trial readiness, is hereby amended and is as follows:

Discovery

1. Discovery shall be completed on or before February 28, 2001.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by April 30, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)
2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on August 30, 2001, or upon resolution of any pending dispositive motions.

Dated: 12/15/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED DEC 18 2000
CLERK
DEPUTY CLERK