**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Dennis A. Granlund,

Plaintiff,

Civil No. 00-1372 DWF/AJB

**ORDER**

Air Line Pilots Association, International,

Defendant.

---

In an Order dated December 6, 2000, this Court ordered Plaintiff to comply with several discovery requests. Among other directions, Plaintiff was ordered to fully respond to Defendant's First Set of Interrogatories and Defendant's First Request to Produce Documents and Tangible Things. These discovery responses were to be produced on or before December 12, 2000, so that Defendant could fully prepare for Plaintiff's deposition, which was scheduled to take place, and did take place, on December 14 & 15, 2000. Because Plaintiff was unable to fully comply on or before December 12, 2000,

**IT IS HEREBY ORDERED THAT:**

1. On or before December 22, 2000, Plaintiff shall produce the necessary confidentiality agreement relating to Plaintiff's case against Northwest Airlines. On or before December 29, 2000, Defendant shall execute said agreement. Thereafter, on or before January 1, 2001, Plaintiff shall fully comply with the December 6, 2000 Order as it relates to Defendant's First Request to Produce Documents and Tangible Things. Plaintiff shall not wait to receive the executed confidentiality agreement before beginning steps to comply;

DEC 18 2000

2. With respect to Defendant's First Set of Interrogatories, Plaintiff shall comply with the December 6, 2000 Order on or before January 19, 2001;

3. Plaintiff shall appear for one additional deposition to be conducted at the Minneapolis, Minnesota, offices of Lindquist & Vennum, 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402. This deposition shall commence at 8:00 a.m. and shall continue until no later than 5:00 p.m. Examination shall be limited to no more than 8 hours. One hour, between noon and 1:00 p.m., shall be allowed for lunch each day and one 15 minute break shall be taken in the morning and in the afternoon. This deposition shall take place on or after January 26, 2001;

4. The parties should not consider this Order as a replacement of, but merely a supplement to, the December 6, 2000 Order.

Dated: 12/15/00

Arthur J. Boylan
United States Magistrate Judge