**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Dennis A. Granlund,

Plaintiff,

Air Line Pilots Association International,

Defendant.

Civil No. 000-1372 DWF/AJB

**[redacted] AMENDED ORDER**

---

The four paragraph Order of this court dated December 15, 2000 setting new deadlines for responses by Plaintiff to Defendants Discovery Requests is hereby amended and as follows:

**IT IS HEREBY ORDERED THAT:**

1. On or before December 22, 2000, Plaintiff shall produce the necessary confidentiality agreement relating to Plaintiff's case against Northwest Airlines. On or before December 29, 2000, Defendant shall execute said agreement. Thereafter, on or before January 1, 2001, Plaintiff shall fully comply with the December 6, 2000 Order as it relates to Defendant's First Request to Produce Documents and Tangible Things, Defendant's Second Request to Produce Documents and Tangible Things and Defendant's First Request to Produce Executed Authorizations for release medical records. Plaintiff shall not wait to receive the executed confidentiality agreement before beginning steps to comply;

2. With respect to Defendant's First Set of Interrogatories, Plaintiff shall comply with the December 6, 2000 Order on or before January 19, 2001;

3. Plaintiff shall appear for one additional deposition to be conducted at the



DEC 26 2000

Minneapolis, Minnesota, offices of Lindquist & Vennum, 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402. This deposition shall commence at 8:00 a.m. and shall continue until no later than 5:00 p.m. Examination shall be limited to no more than 8 hours. One hour, between noon and 1:00 p.m., shall be allowed for lunch each day and one 15 minute break shall be taken in the morning and in the afternoon. This deposition shall take place on or after January 26, 2001;

4. The parties should not consider this Order as a replacement of, but merely a supplement to, the December 6, 2000 Order.

Dated: 12/26/00

Arthur J. Boylan
United States Magistrate Judge