**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

DENNIS GRANLUND,

Plaintiff,

v.

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,

Defendant.

Civil No. 00-1372 DWF/AJB

**ORDER**

The above matter came before the Court on Defendant's Motion to Compel and for Sanctions. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's motion is **granted as stated herein** [Docket No. 93];
2. Plaintiff shall execute the AUTHORIZATION TO RELEASE FAA AEROMEDICAL RECORDS, a copy of which was submitted, in support of Defendant's motion, as Exhibit C to the Declaration of Elizabeth Ginsburg;
3. In the above matter, Plaintiff is barred from contending that he had a valid medical certificate during the period in issue. However, the sanctions contained in this paragraph are stayed, contingent upon Plaintiff observing the directives contained in paragraph two.

Dated: 3/5/01

Arthur J. Boylan
United States Magistrate Judge

MAR 06 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDG
DEPUTY