**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Dennis A. Granlund,

Plaintiff,

v.

Air Line Pilots Association International,

Defendant.

Civil No. 00-1372 DWF/AJB

**ORDER ON PETITION FOR EXPEDITED COURT RULING OR DECLARATORY JUDGMENT**

This matter is before the Court, Magistrate Arthur J. Boylan, on plaintiff's request for an expedited ruling or declaratory judgment regarding a letter of agreement between Northwest Airlines and the Air Line Pilots Association. The letter of agreement relates to scheduling of arbitration on pending grievances. The petition is considered on the written submissions and without hearing. The Court is chambered at 638 U.S. Courthouse, 316 No. Robert Street., St. Paul, Minnesota. Plaintiff Dennis A. Granlund is pro se. Defendant ALPA is represented by Robert V. Atmore, Esq.

Based upon the file, petition, exhibits, affidavits, and written arguments of plaintiff and counsel, **IT IS HEREBY ORDERED** that plaintiff's petition for expedited court ruling or declaratory judgment is **denied** [Docket No. __]. The Court finds no compelling reason for an expedited decision on motions that are not even properly before the Court at present. To the extent that plaintiff seeks a stay of arbitration, the Court is not persuaded that a stay is necessary or justified simply because the parties involved in the arbitration are not inclined to conduct proceedings at the time and in the manner preferred by plaintiff. In addition,



FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

plaintiff has not shown that he will be prejudiced in either the arbitration or this action if he is not granted a stay of arbitration.

Dated: 4/16/01

Arthur J. Boylan
United States Magistrate Judge