# *United States District Court*
## *District of Minnesota*
### *Third Division - St. Paul*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 00-1372 DWF/AJB
Title of Action: Granlund v. Air Line Pilots Association International

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by defendant Air Line Pilots Association International in the above entitled action on May 16, 2002..

The briefing schedule for taxation of costs is as follows:

Objections are to be submitted in writing within 10 days of date of this notice.

A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: May 21, 2002

Richard D. Sletten, Clerk

By Julie Rustad

Julie Rustad, Deputy Clerk

5-21-02
JR

124